**Dismiss Writ and Opinion Filed October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01295-CV

## IN RE CATENARY GROUP, LLC, ET AL., Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06312-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Lewis
Opinion by Justice Bridges

Relators filed this petition for writ of mandamus complaining of the trial court's order granting an application to stay and dismiss arbitration. The facts and issues are well known to the parties, so we need not recount them herein. The order in question has been vacated by the trial court, rendering the issues in the petition moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.—Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relators' petition for writ of mandamus and **DENY** the motion for emergency temporary relief.

131295F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE